**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

        ALBERT LABELLA,

                Debtor.

 )
 )
 )
 )
 )
 )
 )   **NOTICE OF MOTION TO**

SHEET METAL WORKERS' NATIONAL PENSION FUND, )     **COMPEL**
INTERNATIONAL TRAINING INSTITUTE FOR THE )
SHEET METAL AND AIR CONDITIONING INDUSTRY, )
SHEET METAL OCCUPATIONAL HEALTH INSTITUTE )
TRUST, NATIONAL ENERGY MANAGEMENT )
INSTITUTE COMMITTEE and NATIONAL )
STABILIZATION AGREEMENT OF THE SHEET METAL )   Case No. 8-24-72612 (ast)
INDUSTRY TRUST FUND, )       (Chapter 7)
                  Plaintiffs, )   Adv. Proc. No. 8-24-08090
     -against- )
 )
ALBERT LABELLA, )
 )
                 Defendant. )
 )

Please take notice of the following Motion:

| | |
|---|---|
| Time, Date, and Place of Motion: | United States Bankruptcy Court, Eastern District of New York before the Honorable Alan S. Trust, Chief U.S.B.J. at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on December 16, 2025 and in accordance with the schedule set by the Court. |
| Moving Party: | Sheet Metal Workers' National Pension Fund, International Training Institute for the Sheet Metal and Air Conditioning Industry, Sheet Metal Occupational Health Institute Trust, National Energy Management Institute Committee and National Stabilization Agreement of the Sheet Metal Industry Trust Fund. |
| Relief Requested: | (i) Granting an order to compel the production of documents pursuant to Rules 7037 and 7069 of the Federal Rule of Bankruptcy Procedure; and |

|  |  |
|---|---|
|  | (ii) Granting such other relief as the Court deems just and appropriate. |
| Grounds for Relief: | Defendant has failed to comply with Plaintiffs' discovery demands. |
| Moving Papers: | Affidavit of Daniel Kornfeld, sworn to the 10th day of November, 2025. Memorandum of Law. and the Affidavit of Service. |

**PLEASE TAKE FURTHER NOTICE** that the moving party intends to file and serve reply papers. Therefore, if any party opposes this Motion, such party must file and serve any opposition together with any answering affidavits or cross motions at least seven (7) days before the return date, whereupon the moving party's reply or responding affidavits shall be filed and served at least one (1) day before the return date.

Dated:  November 10, 2025

BLITMAN & KING LLP

By: _____

Daniel Kornfeld, of Counsel
Attorneys for Plaintiffs
Office & Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone:  (315) 422-7111
Facsimile:  (315) 471-2623
e-mail: dekornfeld@bklawyers.com

TO:    Mr. Albert Labella
       79 Handsome Avenue
       Sayville, New York 11782

2

4921-9725-9381 v.1