**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>     ALBERT LABELLA,<br><br>                        Debtor.<br><br>SHEET METAL WORKERS' NATIONAL PENSION FUND,<br>INTERNATIONAL TRAINING INSTITUTE FOR THE<br>SHEET METAL AND AIR CONDITIONING INDUSTRY,<br>SHEET METAL OCCUPATIONAL HEALTH INSTITUTE<br>TRUST, NATIONAL ENERGY MANAGEMENT<br>INSTITUTE COMMITTEE and NATIONAL<br>STABILIZATION AGREEMENT OF THE SHEET METAL<br>INDUSTRY TRUST FUND,<br>                      Plaintiffs,<br>       -against-<br><br>ALBERT LABELLA,<br>                     Defendant. | **AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL DISCLOSURES**<br><br>Case No. 8-24-72612 (ast)<br>(Chapter 7)<br>Adv. Proc. No. 8-24-08090 |

| | |
|---|---|
| STATE OF NEW YORK       )<br>COUNTY OF ONONDAGA   ) ss: | |

**DANIEL KORNFELD**, being duly sworn, deposes and says:

1.     I am a partner in the law firm of Blitman & King LLP, attorneys for Plaintiffs / Judgment Creditors in the above-captioned adversary proceeding.

2.     I am fully familiar with the facts and circumstances related to this case, and I submit this affidavit in support of Plaintiffs / Judgment Creditors' motion to compel discovery pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure.

3.     On July 21, 2025, the United States Bankruptcy Court of the Eastern District of New York entered judgment against Defendant / Judgment Debtor Albert Labella in the amount of $19,408,323.66, together with post-judgment interest, and this judgment remains unsatisfied to date [Docket No. 16].

4.     On July 25, 2025, Plaintiffs / Judgment Creditors issued a *Subpoena Duces Tecum* ["*Subpoena*"] on Defendant / Judgement Debtor Albert LaBella to gather the documents and information to enforce the judgment.  A copy of the *Subpoena* is attached hereto as Exhibit "A."

5.     The *Subpoena* together with the related discovery demands seek the books and records to determine the assets and income available to satisfy the Judgment.

6.     On August 11, 2025, Plaintiffs / Judgment Creditors served the *Subpoena* in accordance with New York's Civil Practice Law and Rules 308(4). A copy of the affidavit of service is attached hereto as Exhibit "B."

7.     The undersigned and Plaintiffs / Judgment Creditors have received no response to the *Subpoena* although the written response and the responsive documents were due on September 22, 2025.

8.     Additionally, the Defendant / Judgment Debtor did not appear for a deposition as scheduled in the notice for September 22, 2025.

9.     On November 3, 2025, I received a telephone call from Defendant / Judgment Debtor Albert LaBella to discuss the judgment.  During the phone call, he acknowledged that he received the *Subpoena* and that he would not comply with it.

10.     Plaintiffs have not previously requested the order related to this Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs' motion to compel discovery from Defendant / Judgment Debtor together with taking such other action as the Court deems just and appropriate.

_____
**DANIEL KORNFELD**

Sworn to before me this
10th day of November, 2025.

_____
Notary Public

JULIENNE A SCARAVILLO
Notary Public, State of New York
Qualified in Onondaga County No. 4766498
Commission Expires November 30, 20_26_

2

4911-4711-1754, v. 1