# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 8-24-08090-AST

Date Filed: _____

Plaintiff:
**SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL.,**

vs.

Defendant:
**ALBERT LABELLA,**



GOT2025003089

For:
BLITMAN & KING LLP
443 North Franklin Street
Franklin Center, Suite 300
Syracuse, NY 13204

Received by DLS to be served on **ALBERT LABELLA, 79 HANDSOME AVENUE, SAYVILLE, NY 11782**.

I, THOMAS STEIDEL, being duly sworn, depose and say that on the **11th day of August, 2025** at 6:30 pm, I:

served a PERSON OF **SUITABLE AGE AND DISCRETION** by delivering and leaving a true copy of the **JUDGMENT BY DEFAULT, RESTRAINING NOTICE TO JUDGMENT DEBTOR AND SUBPOENA DUCES TECUM** with **MEAGAN LABELLA**, RELATIVE at **79 HANDSOME AVENUE, SAYVILLE, NY 11782**, the said premises being the defendant's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **JUDGMENT BY DEFAULT, RESTRAINING NOTICE TO JUDGMENT DEBTOR AND SUBPOENA DUCES TECUM** in a postpaid envelope addressed to the defendant/respondent: ALBERT LABELLA **79 HANDSOME AVENUE, SAYVILLE, NY 11782** and bearing the words "Personal & Confidential" by First Class Mail on **8/12/2025** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 135, Hair: Black, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 13th day of August, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SETH KORIN
Notary Public, State of New York
No. 01KO6183000, Suffolk County
Commission Expires March 10, 20__

_____
**THOMAS STEIDEL**
Process Server

**DLS**
**P.O. Box 2083**
**New York, NY 10013**
**(800) 443-1058**

Our Job Serial Number: GOT-2025003089
Ref: 309232

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a