

**Blitman & King**
LLP

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

443 North Franklin Street, Suite 300
Syracuse, New York  13204
Tel:  (315) 422-7111
Fax:  (315) 471-2623

bklawyers.com

December 2, 2025
dekornfeld@bklawyers.com

Bernard T. King
Charles E. Blitman *
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld ◊ △
Daniel R. Brice *
Brian J. LaClair
Bryan T. Arnault * □ ◦
Nolan J. Lafler
Paul K. Brown
Matthew T. Tokarsky ◊ △ △ □
Sara J. Van Dyke
Rebecca R. Josefiak

_____

F. Wesley Turner
Madeline R. Thibault

*Of Counsel*
Jules L. Smith
Donald D. Oliver
Jennifer A. Clark
Richard S. Corenthal

_____

◦  Also admitted in CT
◊  Also admitted in DC
*  Also admitted in MA
△  Also admitted in MD
△  Also admitted in NJ
□  Also admitted in PA

Nathan H. Blitman
(1909-1990)

Honorable Alan S. Trust, Chief Judge                **VIA ELECTRONIC FILING & REGULAR MAIL**
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

Re:    *In re:  Albert LaBella*,
       **Chapter 7 Bankruptcy Case No. 8-24-72612 (ast)**
       **Adversary Proceeding No. 8-24-08090 (ast)**

Dear Judge Trust:

This firm represents the Plaintiffs / Judgment Creditors concerning the above-referenced adversary proceeding. On November 10, 2025, we submitted a motion to compel the production of documents to enforce the judgment [Docket No. 18].  On November 17, 2025, Debtor LaBella disclosed tax returns and related items confirming that he has insufficient assets to satisfy the judgment.  As a result, Plaintiffs / Judgment Creditors respectfully request that the Court withdraw the motion as moot.

Thank you for your consideration of this request.

Respectfully submitted,

**BLITMAN & KING LLP**

Daniel Kornfeld

DEK/lld
Enclosures



December 2, 2025
Page 2


cc:    Mr. Albert LaBella (w/encl.)
       79 Handsome Avenue
       Sayville, New York  11782

       Kenneth Kirschenbaum, Esq. (w/encl.)
       Chapter 7 Trustee
       Kirschenbaum & Kirschenbaum
       200 Garden City Plaza, Suite 315
       Garden City, New York  11530

       William K. Harrington, U.S. Trustee (w/encl.)
       United States Trustee, Region 2
       Long Island Federal Courthouse
       560 Federal Plaza
       Central Islip, New York  11722

       Tearyn Loving, General Counsel (w/encl. & via email only)
       Heather Mooneyham, Legal Counsel
       Kevin Eddis, Legal Specialist
       Sheet Metal Workers' National Pension Fund
       3180 Fairview Park Drive, Suite 400
       Falls Church, Virginia  22042


4920-4783-7564 v.1